JEFFORY J. SCHARFF (SBN 137620)
MARK R. WETTERS (SBN 215767)
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
sbv-law@scharff.us

Attorneys for JAMES W. TAYLOR and
POTTER-TAYLOR & CO., as lead co-tenants
under the Madison Mall Tenancy-in-Common Agreement

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. TAYLOR and POTTER-TAYLOR & CO., as lead co-tenants under the Madison Mall Tenancy–in-Common Agreement,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, a Delaware corporation and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.  2:09-cv-01018-JAM-EFB<br><br>**STIPULATION AND ORDER RE: REQUEST FOR MODIFICATION OF ORDER REQUIRING JOINT STATUS REPORT** |

IT IS HEREBY STIPULATED by and between the undersigned parties, pursuant to Local Rule 83-143, through their respective counsel, as follows:

WHEREAS, on April 15, 2009, this Court issued an Order Requiring Joint Status Report to the parties.

WHEREAS, Item 4 of this Order requires the Joint Status Report to be filed within sixty (60) days from the date of removal of the case, which was originally filed in Sacramento County Superior Court. The Notice of Removal was filed on April 14, 2009.

WHEREAS, both plaintiffs and defendant maintain a good faith belief, based on the facts and circumstances associated with the dispute between the parties, that this action is amenable to settlement without the expenditure of significant litigation resources.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, it is mutually agreed upon by the parties that a request be made to this Court

2 for a continuance of the deadline to submit a Joint Status Report.

3    NOW, THEREFORE, the parties respectfully request a continuance of the court's

4 deadline for the parties to file a Joint Status Report until August 11, 2009, in order to facilitate

5 early settlement and minimize expenditure of unnecessary litigation costs.

6 IT IS SO STIPULATED.

7 Dated: June 12, 2009                     GLYNN & FINLEY, LLP

9                                          By:   /s/ Maureen Rodgers
                                                MAUREEN RODGERS
10                                         Attorneys for ConocoPhillips Company

11 Dated: June 12, 2009                    SCHARFF, BRADY & VINDING

13                                         By:   /s/ Mark R. Wetters
                                                MARK R. WETTERS
14                                         Attorneys for JAMES W. TAYLOR and
                                           POTTER-TAYLOR & CO., as lead co-tenants
15                                         under the Madison Mall Tenancy-in-Common
                                           Agreement

17 IT IS SO ORDERED.

19 Date:   June 15, 2009                   /s/ John A. Mendez
                                           Hon. John A. Mendez
20                                         United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com