JEFFORY J. SCHARFF (SBN 137620)
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone:  (916) 446-3400
Facsimile:   (916) 446-7159
sbv-law@scharff.us

Attorneys for JAMES W. TAYLOR and
POTTER-TAYLOR & CO., as lead co-tenants
under the Madison Mall Tenancy-in-Common Agreement

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. TAYLOR and POTTER-TAYLOR & CO., as lead co-tenants under the Madison Mall Tenancy –in-Common Agreement,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, a Delaware corporation and DOES 1 through 100, inclusive,<br>　　　　　　　　Defendant. | CASE NO.  2:09-cv-01018-JAM-EFB<br><br>**STIPULATION AND ORDER RE: REQUEST FOR MODIFICATION OF ORDER REQUIRING JOINT STATUS REPORT** |

　　　　IT IS HEREBY STIPULATED by and between the undersigned parties, pursuant to Local Rule 83-143, through their respective counsel, as follows:

　　　　WHEREAS, on June 15, 2009, this Court issued an Order modifying its April 15, 2009 Order Requiring Joint Status Report, such that the Joint Status Report is to be filed on August 11, 2009, to facilitate early settlement and minimize litigation costs; and

　　　　WHEREAS, both plaintiffs and defendant continue to maintain a good faith belief, based on the facts and circumstances associated with the dispute between the parties, that this action is amenable to settlement without the expenditure of significant litigation resources; and

　　　　WHEREAS, it is mutually agreed upon by the parties that a request be made to this Court for a extension of the deadline to submit a Joint Status Report.

-1-
(TITLE)

PDF created with pdfFactory trial version www.pdffactory.com

1  NOW, THEREFORE, the parties respectfully request a continuance of the Court's
2 deadline for the parties to file a Joint Status Report until September 25, 2009, in order to facilitate
3 early settlement and minimize expenditure of unnecessary litigation costs.

4 Dated: August 4   , 2009          SCHARFF, BRADY & VINDING

6                                                   By:      /s/ Jeffory J. Scharff
7                                                        JEFFORY J. SCHARFF
                                                   Attorneys for JAMES W. TAYLOR and
8                                                   POTTER-TAYLOR & CO., as lead co-tenants
                                                   under the Madison Mall Tenancy-in-Common
9                                                   Agreement

10 Dated: July 31  , 2009            GLYNN & FINLEY, LLP

12                                                   By:     /s/ Andrew Mortl
13                                                        ANDREW MORTL
                                                   Attorneys for ConocoPhillips Company

15 IT IS SO ORDERED.

17 Dated:  August 4, 2009                        /s/ John A. Mendez
                                                   Hon. John A. Mendez
18                                                  United States District Judge

-2-
(TITLE)

PDF created with pdfFactory trial version www.pdffactory.com