1  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
2  MAUREEN RODGERS, Bar No. 245876
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendant
6  ConocoPhillips Company

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 JAMES W. TAYLOR and POTTER-           )   **Case No. 2:09-CV-01018-JAM-EFB**
   TAYLOR & CO, as lead co-tenants under )
12 the Madison Mall Tenancy-in-Common    )   **STIPULATION AND  ORDER TO**
   Agreement,                            )   **AMEND THE COURT'S "STATUS (PRE-**
13                                       )   **TRIAL SCHEDULING) ORDER"**
              Plaintiff,                 )
14                                       )
         vs.                             )   **AS MODIFIED BY THE COURT**
15                                       )
   CONOCOPHILLIPS COMPANY, a             )
16 Delaware corporation and DOES 1 through )
   100, inclusive,                       )
17                                       )
              Defendant.                 )
18 _____)

19

20       WHEREAS, this matter was removed to this Court on April 14, 2009;

21       WHEREAS, the Court entered a "Status (Pre-trial Scheduling) Order," on September 29,

22 2009 (*see* Docket No. 12);

23       WHEREAS, the parties have engaged in extensive settlement discussions and entered into

24 a tentative settlement agreement resolving this matter and continue to diligently negotiate the

25 terms of the release and settlement agreement;

26       WHEREAS, the parties agree that the dates in the pre-trial scheduling order should be

27 continued three months so that the parties can focus on finalizing their settlement;

28       THEREFORE, the parties stipulate and request that the Court order that the "Status (Pre-

- 1 -
STIPULATION AND [PROPOSED] ORDER TO AMEND STATUS (PRE-TRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  trial Scheduling Order," Docket No. 12, be modified as follows:

2      Expert witness disclosures:    October 22, 2010

3      Supplemental/rebuttal expert witness disclosures:    November 5, 2010

4      Fact discovery cut-off:    December 15, 2010

5      Last day to file dispositive motions:    January 26, 2011

6      Last day to hear dispositive motions:    February 23, 2011 at

7      9:30 a.m.

8      Joint pretrial statement due:    April 1, 2011

9      Final pre-trial conference:    April 8, 2011 at 2:00

10     p.m.

11     Jury trial:    June 6, 2011 at 9:00

12     a.m.

13

14 The parties shall update the Court on the status of settlement talks within 60 days after the entry

15 of this order.

16

17     IT IS SO STIPULATED.

18

19 Dated: July 12, 2010    GLYNN & FINLEY, LLP

20

21     Attorneys for ConocoPhillips Company

22

23 Dated: July __, 2010    SCHARFF, BRADY & VINDING

24

25     Attorneys for Plaintiffs

26

27     IT IS SO ORDERED.

28

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 12, 2010

1

2                                         /s/ John A. Mendez
                                          Honorable John A. Mendez
3                                         U.S. District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
STIPULATION AND [PROPOSED] ORDER TO AMEND STATUS (PRE-TRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com