1  JEFFORY J. SCHARFF (SBN 137620)
   SCHARFF, BRADY & VINDING
2  400 Capitol Mall, Suite 2640
   Sacramento, CA 95814
3  Telephone:  (916) 446-3400
   Facsimile:   (916) 446-7159
4  sbv-law@scharff.us

5  Attorneys for JAMES W. TAYLOR and
   POTTER-TAYLOR & CO., as lead co-tenants
6  under the Madison Mall Tenancy-in-Common Agreement

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| JAMES W. TAYLOR and POTTER-TAYLOR & CO., as lead co-tenants under the Madison Mall Tenancy–in-Common Agreement,<br><br>Plaintiffs,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY, a Delaware corporation and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO.  2:09-cv-01018-JAM-EFB<br><br>**STIPULATION AND ORDER RE: REQUEST FOR EXTENSION TO FINALIZE SETTLEMENT AGREEMENT** |

19      IT IS HEREBY STIPULATED by and between the undersigned parties, pursuant to
20  Local Rule 83-143, through their respective counsel, as follows:
21      WHEREAS, on September 13, 2010, the parties filed a notice of tentative settlement, and
22      WHEREAS, the Court thereafter directed the parties to complete the settlement on or
23  before October 8, 2010, and
24      WHEREAS, the plaintiffs require additional time to secure signatures from the members
25  of the underlying partnership.  Plaintiffs estimate that an additional six weeks may be necessary to
26  complete the process of securing the necessary signatures, and
27      WHEREAS, it is mutually agreed upon by the parties that a request be made to this Court
28  for a continuance of the deadline to complete the settlement process.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1 NOW, THEREFORE, the parties respectfully request an extension of the Court's deadline for the parties to complete the settlement until November 19, 2010.

IT IS SO STIPULATED.

Dated: October 8, 2010                    GLYNN & FINLEY, LLP


                                          By:   /s/ Maureen Rodgers
                                                (as authorized on October 8, 2010)
                                                MAUREEN RODGERS (SBN 245876)
                                                Attorneys for ConocoPhillips Company

Dated: October 8, 2010                    SCHARFF, BRADY & VINDING


                                          By:   /s/ Jeffory J. Scharff
                                                JEFFORY J. SCHARFF (SBN 137620)
                                                Attorneys for JAMES W. TAYLOR and
                                                POTTER-TAYLOR & CO., as lead co-tenants
                                                under the Madison Mall Tenancy-in-Common
                                                Agreement

IT IS SO ORDERED.

Date: _October 8, 2010_____             /s/ John A. Mendez
                                          Hon. John A. Mendez
                                          United States District Judge